IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SEAN MICHAEL BOISSONNEAU, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | 2:13cv020-MHT |
| | ) | (WO) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

OPINION

The matter is before the court on petitioner Sean Michael Boissonneau's pro se motions for a concurrent sentence (Doc. Nos. 2 and 3), which the court is treating, first, as a motion pursuant to 28 U.S.C. § 2255, and, second, as seeking habeas corpus relief on grounds of ineffective assistance of counsel. Both sides agree such relief is proper. The court will therefore grant Boissoneau's petition for habeas corpus relief as follows: (1) The judgment in <u>United States v. Boissonneau</u>, criminal action number 2:10cr176-MHT (Doc. No. 38) (M.D. Ala.), is amended to reflect that the

sentence is concurrent with the sentence issued in the Montgomery County, Alabama, Circuit Court, Case No. CC-08-648; and (2) this amendment is nunc pro tunc, meaning that the amendment is effective as of the date of the original judgment in the criminal case.

An appropriate judgment will be entered.

DONE, this the 8th day of January, 2013.

                                                  /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE